

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-20-00060-CV

———————————————————

2RJP VENTURES, LLC, Appellant

V.

ANNE DROPP AND AMY SLABAUGH AS SOLE SURVIVING HEIRS AND WRONGFUL DEATH BENEFICIARIES OF LYLE POWELL, Appellees

On Appeal from the 462nd District Court
Denton County, Texas
Trial Court No. 18-5864-158

Before Sudderth, C.J.; Womack and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered appellant's "Agreed Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: October 29, 2020